JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. PHILBROOK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, *Acting Commissioner of Social Security*,<br><br>　　　　Defendant. | Case No. ED CV 16-1500 JCG<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: August 24, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Jay C. Gandhi
　　　　　　　　　　　　　　　　　United States Magistrate Judge