JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. PHILBROOK, | Case No. ED CV 16-1500 JCG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, *Acting Commissioner of Social Security*, | |
| Defendant. | |

IT IS ADJUDGED that, for the reasons set forth in the Amended Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: 1.24.2018

Hon. Jay C. Gandhi
United States Magistrate Judge